Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4215 | **DATE** | 8/1/2011 |
| **CASE TITLE** | Ronald Crosby (#2011-0101043) vs. Servant, et al. | | |

**DOCKET ENTRY TEXT**

As stated below, since Plaintiff has not paid the filing fee or filed an accurately and properly completed *in forma pauperis* application form, this action is dismissed. All pending motions are hereby stricken. Civil case terminated.

■[ For further details see text below.]   Docketing to mail notices.

### STATEMENT

This matter is before the court on Plaintiff Ronald Crosby's (Crosby) second motion for leave to proceed *in forma pauperis*. On July 7, 2011, this court denied Crosby's first motion for leave to proceed *in forma pauperis*. Crosby was given until July 28, 2011, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. Crosby was warned that if he failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by July 28, 2011, this case would be dismissed. On July 26, 2011, Crosby filed the instant motion.

On his first *in forma pauperis* application form, Crosby had indicated that he had not received more than $200 from any source in the last twelve months. However, a review of Crosby's prison trust account statement showed deposits totaling $240 in the last six months. In denying Crosby's first *in forma pauperis* application form, the court noted the $240 in deposits. On the instant *in forma pauperis* application form, Crosby now indicates that he has received $240 in gifts in the last twelve months. However, Crosby has still not provided the court with accurate information concerning his financial status. A review of the prison trust account statement most recently filed shows a recent deposit, and the trust account statement indicates more than $240 in income in the last six months. Such income is not reflected on Crosby's instant *in forma*

| STATEMENT |
|---|
| *pauperis* application form. In addition, the court notes that there are inconsistencies on the two *in forma pauperis* application forms submitted by Crosby relating to prior employment history. Therefore, since Crosby has not paid the filing fee or filed an accurately and properly completed *in forma pauperis* application form, this action is dismissed. |